**Electronically Filed**
**Supreme Court**
**SCWC-11-0000695**
**06-DEC-2012**
**12:44 PM**

SCWC-11-0000695

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

RICARDO APOLLONIO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000695; CASE NO. 1DTC-10-010161)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on October 22, 2012 by Petitioner/Defendant-Appellant Ricardo Apollonio is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, December 6, 2012.

James S. Tabe,
for petitioner

Brandon H. Ito,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

